CITIZENS AGAINST GAMBLING
SUBSIDIES, INC., and Paul
F. Curry, Petitioners

v.

PENNSYLVANIA GAMING CONTROL
BOARD, Respondent

Presque Isle Downs, Inc., Intervenor.

Supreme Court of Pennsylvania.

Feb. 7, 2007.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of February, 2007, the motion seeking summary relief and expedited consideration filed by Intervenor Presque Isle Downs, Inc., is hereby GRANTED, and the petition for review filed by Citizens Against Gambling Subsidies, Inc. and Paul F. Curry is QUASHED, as Petitioners did not pursue intervention to achieve party status in the administrative proceedings, nor have they alleged an interest that is direct. An opinion will follow.

Jurisdiction is relinquished, and the record is remanded to the Pennsylvania Gaming Control Board.

---

Terrence E. BABB, M.D.,

v.

ESTATE OF Andrew D. BERSHAD,
Esq., Michael J. Beautyman, Esq.,
and Beautyman Associates, P.C.

Petition of Michael J. Beautyman, Esq.
and Beautyman Associates, P.C.

Supreme Court of Pennsylvania.

March 28, 2007.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is hereby GRANTED. The order of the Superior Court is REVERSED in light of our decision in *Womer v. Hilliker*, 589 Pa. 256, 908 A.2d 269 (2006), and this matter is REMANDED to the trial court with directions that a judgment of *non pros* be entered in accordance with Pa.R.C.P. 1042.6 (allowing the entry of judgment of *non pros* for failure to file a certificate of merit upon praecipe of the defendant). The Application to Submit a Reply Brief is DENIED.